UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-291-FDW-DCK

| | |
|---|---|
| KECIA THOMPSON, a/k/a Kecia Rutledge, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CAROLINA MOTOR CLUB, INC. and ) <br> AAA CAR CARE CENTERS, LLC, ) <br> ) <br> Defendants. ) <br> ) | ORDER |

THIS MATTER is before the Court *sua sponte* regarding the status of the case. The Court has been advised that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated by May 2, 2011. All pending motions are TERMINATED. The parties are directed to file their Stipulation of Dismissal on or before May 2, 2011.

IT IS SO ORDERED.

Signed: March 31, 2011

Frank D. Whitney
United States District Judge